UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

AB Z..[1],

Plaintiff,

v.

SOCIAL SECURITY,
COMMISSIONER OF,

Defendant.
_______________________________/

Case No. 2:26-cv-10517

Honorable Susan K. DeClercq
United States District Judge

Honorable Elizabeth A. Stafford
United States Magistrate Judge

**ORDER ADOPTING REPORT AND RECOMMENDATION (ECF No. 16), GRANTING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT (ECF No. 13), DENYING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT (ECF No. 14), AND REMANDING MATTER**

On August 12, 2026, Magistrate Judge Patricia T. Morris issued a report, ECF No. 16, recommending that this Court grant Plaintiff AB Z.'s Motion for Summary Judgment, ECF No. 13, and deny Defendant Commissioner of Social Security's Motion for Summary Judgment, ECF No. 14. Accordingly, Judge Morris's report recommended that this Court vacate the Administrative Law Judge's decision and remand the matter for further consideration under sentence four of 42 U.S.C. §

---

[1] Consistent with guidance regarding privacy concerns in Social Security cases by the Judicial Conference Committee on Court Administration and Case Management, the Eastern District of Michigan has adopted a policy to identify plaintiffs in Social Security cases by only their first names and last initials. *See also* FED. R. CIV. P. 5.2(c)(2)(B).

405(g). ECF No. 16 at PageID.1948. Judge Morris provided 14 days to object. *Id.* at PageID.1948–49.

But the Parties did not do so. They have therefore forfeited their right to appeal Judge Morris's findings. *See Berkshire v. Dahl*, 928 F.3d 520, 530–31 (6th Cir. 2019) (citing *Thomas v. Arn*, 474 U.S. 140, 149 (1985)). Moreover, having reviewed the report and recommendation, this Court will adopt the recommendation in full because it finds no clear error. *See Roby v. Bloom Roofing Sys.*, 343 F.R.D. 487, 490 (E.D. Mich. 2023) (noting that a clearly erroneous finding is one that leaves this Court with a firm and definite conviction that the magistrate judge made a mistake).

Accordingly, it is **ORDERED** that the Report and Recommendation, ECF No. 16, is **ADOPTED**.

It is further **ORDERED** that Plaintiff's Motion for Summary Judgment, ECF No. 13, is **GRANTED**.

It is further **ORDERED** that Defendant's Motion for Summary Judgment, ECF No. 14, is **DENIED**.

It is further **ORDERED** that the Administrative Law Judge's decision is **VACATED** and the matter is **REMANDED** for further consideration under sentence four of 42 U.S.C. § 405(g).

**IT IS SO ORDERED.**

*<u>/s/Susan K. DeClercq</u>*
SUSAN K. DeCLERCQ
United States District Judge

Dated: September 3, 2026